IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) VANESSA D. MILLER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>(1) THE LINCOLN NATIONAL LIFE )<br>INSURANCE COMPANY, )<br>)<br>Defendant. ) | Case No. 5:12-cv-00387-D |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties to the above-captioned action and, pursuant to Fed. R. Civ. P. 41(a)(1), stipulate to the dismissal of the action with prejudice, for the reason that the issues before the Court have been resolved by compromise settlement between the parties.

Respectfully submitted,

/s/ Chris Harper
Chris Harper, OBA#10325
Phillip P. Owens II, OBA#15165
PO Box 5888
Edmond, OK 73083-5888
(405) 359-0600
FAX: (405) 340-1973
powens@chrisharperlaw.com
*Attorneys for Plaintiff*

/s/ Gary L. Howard
Gary L. Howard, OBA #22795
Bradley Arant Boult Cummings, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone : (205) 521-8000
Facsimile: (205) 521-8800
ghoward@babc.com